[No. 46428-4-II. Division Two. November 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BUD RICHARD FLOWERS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-01314-0, Marilyn K. Haan, J., entered June 12, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Maxa, J.

[No. 46512-4-II. Division Two. November 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL JASON BURKS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-00543-0, Jennifer A. Irvine Forbes, J., entered July 21, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.

[No. 46525-6-II. Division Two. November 3, 2015.]

*In the Matter of the Marriage of* IAN QUINONES, *Appellant*, and SUSAN QUINONES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-3-02389-1, Brian M. Tollefson, J., entered June 27, 2014. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Lee, J.

[No. 47669-0-II. Division Two. November 3, 2015.]

THE DEPARTMENT OF CORRECTIONS, *Respondent*, v. JAMES BARSTAD, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-2-00626-5, Erik D. Price, J., entered August 1, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Sutton, J.